**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| DIONA WATSON,<br>        Plaintiff,<br><br>    v.<br><br>AFFIRM. INC., et al.,<br>Defendants. | Civil Action No: 3:23-cv-00159-D |

**NOTICE OF PENDING SETTLEMENT AS TO DEFENDANT**
**AFFIRM. INC.**

Plaintiff, DIONA WATSON, by and through her undersigned counsel, hereby submit this Notice of Pending Settlement and states that Plaintiff and Defendant, AFFIRM, INC., have reached a settlement of this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Plaintiff respectfully requests sixty (60) days to complete the necessary settlement paperwork and file the appropriate dismissal documents with the Court. This settlement does not affect the other parties in the above styled case.

DATED: May 26, 2023

Respectfully Submitted,

/s/ *Allen Edgar Robertson* III

SHAWN JAFFER
SB 24107817
ALLEN EDGAR ROBERTSON III
SB 24076655
ROBERT LEACH
SB 24103582
SHAKERIA NORTHCROSS
SB 24116836

JAFFER & ASSOCIATES, PLLC

5757 ALPHA RD SUITE 580
DALLAS, TX 75240
(T) 214.494.1871 (F) 888.509.3910
(E) ALLEN@JAFFER.LAW ATTORNEYS@JAFFER.LAW
ATTORNEYS FOR PLAINTIFF

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this May 26, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court by using CM/ECF system, which will send a notice of electronic filing to counsel of record.


JAFFER & ASSOCIATES, PLLC


*/s/ Allen Edgar Robertson III*
Allen Edgar Robertson III