IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DIONA WATSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:23-CV-0159-D |
| | § | |
| EXPERIAN INFORMATION SOLUTIONS INC, | § | |
| | § | |
| Defendant. | § | |

# ORDER

In this case involving two defendants, one defendant was dismissed by order filed June 29, 2023. In a notice filed March 20, 2023, plaintiff advised the court of a pending settlement between plaintiff and the other defendant, Experian Information Solutions, Inc. ("Experian"). Accordingly, this case is administratively closed for statistical purposes without prejudice to being reopened to enter a judgment or order of dismissal or for further proceedings if the settlement between plaintiff and Experian is not consummated.

All unexpired deadlines are terminated, and the two-week trial docket setting of March 18, 2024 is vacated.

**SO ORDERED**.

July 13, 2023.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE